1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

ROBERT EARL LEWIS,                    ) Case No. CV 10-2071 DMG (JCG)
                                      )
12                       Petitioner,  )
                                      ) **JUDGMENT**
13            v.                      )
                                      )
14  MICHAEL MARTEL,                   )
                                      )
15                       Respondent.  )
                                      )
16  _____)
17
18
19        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20  **PREJUDICE**.
21
22  DATED:  February 22, 2011
23                                        _____
24                                            HON. DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28